

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2019

No. 04-19-00118-CR

Ex Parte Steven **ROBLES**,
Appellant

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4962-W1
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

On March 8, 2019, based on Appellant's notice of appeal citing cause number 2012-CR-4962, we advised Appellant that this court does not have jurisdiction for felony postconviction writs of habeas corpus. *See id.*

We WITHDRAW our March 8, 2019 order. Appellant's complaints regarding a post-conviction writ of habeas corpus will be addressed in appeal number 04-18-00512-CR.

In this appeal, Appellant's notice of appeal challenges a trial court order dated February 13, 2019. A supplemental clerk's record includes a February 13, 2019 order appointing an attorney out of order for trial court cause number 2015-CR-1302, but we have not found an appealable order issued on February 13, 2019.

We ORDER Appellant to SHOW CAUSE in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction.

All other deadlines in this appeal are SUSPENDED pending further order of this court.

If Appellant fails to respond, this appeal will be dismissed without further notice.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court